JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTHUR ESVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> V.A. CHAKMAKIAN, MD., ) <br> N. WILLIAMS, MD., P. FINANDER, ) <br> MD, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. EDCV 16-2230 CJC (AJW) <br><br> JUDGMENT |

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: December 13, 2016

_____
Cormac J. Carney
United States District Judge